Lauren Tegan Rodkey, Esq. (SBN: 275830)
**Price Law Group, APC**
6345 Balboa Blvd, Suite 247
Encino, CA 91316
T: (818) 600-5526
F: (818) 600-5426
E: tegan@pricelawgroup.com

Youssef H. Hammoud, Esq. (SBN: 321934)
**Price Law Group, APC**
6345 Balboa Blvd, Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com
*Attorneys for Plaintiff,*
*Elida Miller*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELIDA MILLER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TARGET CORPORATION and TD BANK USA, N.A.,<br><br>　　　　Defendants. | **Case No.  8:19-cv-00166-JLS-KES**<br><br>**NOTICE OF SETTLEMENT** |

　　　　NOTICE IS HEREBY GIVEN that Plaintiff, Elida Miller, and Defendants, Target Corporation and TD Bank USA, N.A., have settled all claims between them

in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation for Dismissal with Prejudice within the next forty-five (45) days. Plaintiff requests that the Court vacate all pending deadlines and hearings in this matter. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted this 21st day of October 2019.

**Price Law Group, APC**

By: /s/ *Youssef H. Hammoud*
Youssef H. Hammoud
6345 Balboa Blvd, Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com
*Attorneys for Plaintiff,*
*Elida Miller*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

PRICE LAW GROUP, APC

/s/ *Lia Ruggeri*