Lauren Tegan Rodkey, Esq. (SBN: 275830)
**Price Law Group, APC**
6345 Balboa Blvd, Suite 247
Encino, CA 91316
T: (818) 600-5526
F: (818) 600-5426
E: tegan@pricelawgroup.com

Youssef H. Hammoud, Esq. (SBN: 321934)
**Price Law Group, APC**
6345 Balboa Blvd, Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com
 *Attorneys for Plaintiff,*
*Elida Miller*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIDA MILLER,<br><br>            Plaintiff,<br><br>v.<br><br>TARGET CORPORATION and TD BANK USA, N.A.,<br><br>            Defendants. | **Case No. 8:19-cv-00166-JLS-KES**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Elida Miller and

Defendants Target Corporation and TD Bank USA, N.A., by and through

undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to all Defendants. The parties have further stipulated that each party shall bear their own attorneys' fees, costs, and expenses.

Respectfully submitted this 6th day of November 2019.

| PRICE LAW GROUP, APC | HINSHAW & CULBERTSON LLP |
|---|---|
| By: */s/ Youssef H. Hammoud* <br> Youssef H. Hammoud (SBN: 321934) <br> 6345 Balboa Blvd., Suite 247 <br> Encino, CA 91316 <br> T: (818) 600-5596 <br> F: (818) 600-5496 <br> E: youssef@pricelawgroup.com <br><br> *Attorneys for Plaintiff,* <br> *Elida Miller* | By: */s/ Ashley Brettingen* <br> Ashley Brettingen (SBN: 315703) <br> 11601 Wilshire Blvd., Suite 800 <br> Los Angeles, CA 90025 <br> T: (310) 909-8000 <br> F: (310) 909-8001 <br> E: abrettingen@hinshawlaw.com <br><br> *Attorneys for Defendant,* <br> *Target Corporation and TD Bank USA, N.A.* |

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

PRICE LAW GROUP, APC

*/s/ Lia Ruggeri*
Lia Ruggeri