1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIDA MILLER,<br><br>  Plaintiff,<br><br>v.<br><br>TARGET CORPORATION and TD BANK USA, N.A.,<br><br>  Defendants. | Case No. 8:19-cv-00166-JLS-KES<br><br>**ORDER OF DISMISSAL OF DEFENDANTS TARGET CORPORATION AND TD BANK USA, N.A., WITH PREJUDICE** |

Plaintiff Elida Miller and Defendants Target Corporation and TD Bank USA, N.A. ("Defendants") have announced to the Court that all matters in controversy against the Defendants have been resolved. A Stipulation of Dismissal with Prejudice of all Defendants have been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice of all Defendants, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff Elida Miller against Defendants Target Corporation and TD Bank USA, N.A., are in all respects dismissed with prejudice to the refiling of same, with court costs to be paid by the party incurring same.

DATED this 6th day of November 2019.

                                            JOSEPHINE L. STATON
                                        HONORABLE JOSEPHINE L. STATON
                                        UNITED STATES DISTRICT JUDGE